UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
CITIGROUP GLOBAL MARKETS INC.,                :
                                              :
                    Plaintiff,    :   Case No. 11-CIV-6993 (LLS)
                                              :
-against-                                     :   **Fed. R. Civ. P. Rule 7.1**
                                              :   **Disclosure Statement**
ABDULLAH MAHMOUD ABBAR, GHAZI                 :
ABDULLAH ABBAR, AJIAL LEVERAGED               :
FEEDER HOLDINGS LIMITED, AMATRA               :
LEVERAGED FEEDER HOLDINGS LIMITED,            :
AMAVEST HOLDINGS LIMITED, GAMA                :
INVESTMENT HOLDINGS LIMITED,                  :
                                              :
                    Defendants.   :
-------------------------------------------------------------x

      Pursuant to Federal Rule of Civil Procedure 7.1, Defendants certify that none of the limited liability Defendants in this action has a parent corporation and no publicly held company owns 10% or more of the stock of any of the limited liability Defendants.

Dated: New York, NY
       November 8, 2011

                                            RICH, INTELISANO & KATZ, LLP
                                            Attorneys for Defendants

                                            By:   /s/ John G. Rich
                                            John G. Rich [JR 1137]
                                            john@riklawfirm.com
                                            111 Broadway, Suite 1303
                                            New York, New York 10006
                                            Tel:  (212) 433-1480
                                            Fax: (212) 433-1481