UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
Citigroup Global Markets Inc.

                     Plaintiff,

      -against-
Abdullah Mahmoud Abbar et al.

                    Defendant.
-------------------------------------------------------

Case No.   11 Civ. 6993 (LLS) ECF Case

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☑ I have cases pending          ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

## John Gordon Rich

FILL IN ATTORNEY NAME

My SDNY Bar Number is: JR 1137    My State Bar Number is 2117448

I am,

☑ An attorney
☐ A Government Agency attorney
☐ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME:  Rich & Intelisano, LLP
                FIRM ADDRESS: 111 Broadway, Suite 1303, NY, NY 10006
                FIRM TELEPHONE NUMBER:  (212) 433-1480
                FIRM FAX NUMBER:  (212) 433-1481

NEW FIRM:    FIRM NAME:  Rich, Intelisano & Katz, LLP
                FIRM ADDRESS: 915 Broadway, Suite 900, NY, NY 10010
                FIRM TELEPHONE NUMBER:  (212) 684-0300
                FIRM FAX NUMBER:  (212) 417-9380

☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance was entered on _____ by Judge_____.

Dated:  Feb. 14, 2012

_____
ATTORNEY'S SIGNATURE