

UNITED STATES DISTRICT COURT
SOTHERN DISTRICT OF NEW YORK

CITIGROUP GLOBAL MARKETS INC.,

    Plaintiff,

v.

ABDULLAH MAHMOUD ABBAR, GHAZI ABDULLAH ABBAR, AJIAL LEVERAGED FEEDER HOLDINGS LIMITED, AMATRA LEVERAGED FEEDER HOLDINGS LIMITED, AMAVEST HOLDINGS LIMITED, and GAMA INVESTMENT HOLDINGS LIMITED,

    Defendants.

Case No. 11 Civ. 6993(LLS)

**STIPULATION AND [PROPOSED] AMENDED TRIAL SCHEDULING ORDER**

ECF CASE

## STIPULATION AND [PROPOSED] AMENDED TRIAL SCHEDULING ORDER

It is hereby ORDERED that:

1.  This Amended Trial Scheduling Order supersedes and replaces the Trial Scheduling Order (the "Original Scheduling Order"), dated May 8, 2012 (Docket Entry Number 26).

2.  Each party hereby waives any right to a jury trial it does have or may have had with respect to any claim or defense in this action.

3.  The parties will meet and confer in an attempt to stipulate to facts not in dispute and exhibits that may be received in evidence. The parties will also meet and confer to determine the extent to which deposition testimony may be offered in lieu of live testimony for any witness who has appeared in the case.

4.  The date contained in the Original Scheduling Order for the parties to file a Joint Pretrial Order is amended *nunc pro tunc* to July 27, 2012. The Joint Pretrial Order will consist of sections containing: (a) agreed findings of fact, (b) Plaintiff's proposed findings of fact with

evidentiary sources, (c) Defendants' proposed findings of fact with evidentiary sources, (d) a list of premarked exhibits that the parties agree may be received in evidence, (e) a list of premarked exhibits that the parties do not agree may be received in evidence, and (f) an estimate of the amount of trial time each party will require.

5. The parties will exchange witness lists on July 27, 2012.

6. The parties will exchange designations of deposition testimony on August 1, 2012.

7. The parties will exchange counter-designations of deposition testimony on August 15, 2012.

8. The date contained in the Original Scheduling Order for the parties to file trial briefs of no more than 50 pages with the Court is amended *nunc pro tunc* to August 15, 2012.

9. All objections to deposition testimony are preserved for trial, to the extent such preservation is consistent with Rule 32(d)(3) of the Federal Rules of Civil Procedure.

10. In the Court's discretion the Court may schedule a Final Pretrial Conference after August 15, 2012.

11. Trial will begin at ~~10:00 a.m~~ **3 PM**. on September **10**, 2012.

LLS

12.  The terms of this Stipulation and Order may be amended or modified by the Court, on motion or *sua sponte*, or by the written agreement of the parties ordered by the Court.

Dated: New York, New York
       June 19, 2012

CONSENTED TO:

| MILBANK TWEED HADLEY & McCLOY LLP | RICH, INTELISANO & KATZ, LLP |
|---|---|
| By: *[signature]* | By: *[signature]* |
| Scott A. Edelman (SE 5247) | John G. Rich (JR 1137) |
| (sedelman@milbank.com) | (john@riklawfirm.com) |
| Daniel M. Perry (DP 6966) | Ross B. Intelisano (RI 6584) |
| (dperry@milbank.com) | (ross@riklawfirm.com) |
| Jed M. Schwartz (JS 6184) | Daniel E. Katz (DK 7222) |
| (jschwartz@milbank.com) | (daniel@riklawfirm.com) |
| | |
| 1 Chase Manhattan Plaza | 915 Broadway, Suite 900 |
| New York, New York 10005-1413 | New York, New York 10010 |
| Phone: (212) 530-5000 | Phone: (212) 684-0300 |
| Fax: (212) 530-5219 | Fax: (212) 417-9380 |
| | |
| *Attorneys for Plaintiff Citigroup Global Markets Inc.* | *Attorneys for Defendants* |

SO ORDERED.

*Louis L. Stanton*
U.S.D.J.

6/20/12