


**UNITED STATES DISTRICT COURT**
**SOTHERN DISTRICT OF NEW YORK**

CITIGROUP GLOBAL MARKETS INC.,

    Plaintiff,

v.

ABDULLAH MAHMOUD ABBAR, GHAZI ABDULLAH ABBAR, AJIAL LEVERAGED FEEDER HOLDINGS LIMITED, AMATRA LEVERAGED FEEDER HOLDINGS LIMITED, AMAVEST HOLDINGS LIMITED, and GAMA INVESTMENT HOLDINGS LIMITED,

    Defendants.

Case No. 11 Civ. 6993(LLS)

**STIPULATION AND [PROPOSED] THIRD AMENDED TRIAL SCHEDULING ORDER**

ECF CASE

## STIPULATION AND [PROPOSED] AMENDED TRIAL SCHEDULING ORDER

It is hereby ORDERED that:

1. This Third Amended Trial Scheduling Order supersedes and replaces the Second Amended Trial Scheduling Order, dated July 26, 2012 (Docket Entry Number 28).

2. Each party hereby waives any right to a jury trial it does have or may have had with respect to any claim or defense in this action.

3. The parties will exchange counter-designations of deposition testimony on August 15, 2012.

4. The parties will file trial briefs of no more than 50 pages with the Court on or before August 22, 2012.

5. All objections to deposition testimony are preserved for trial, to the extent such preservation is consistent with Rule 32(d)(3) of the Federal Rules of Civil Procedure.

6. In the Court's discretion the Court may schedule a Final Pretrial Conference after August 22, 2012.

7. Trial will begin at 3:00 p.m. on September 10, 2012.

8. The terms of this Stipulation and Order may be amended or modified by the Court, on motion or *sua sponte*, or by the written agreement of the parties ordered by the Court.

Dated: New York, New York
August 9, 2012

CONSENTED TO:

MILBANK TWEED HADLEY & McCLOY LLP

By: _____
Scott A. Edelman (SE 5247)
(sedelman@milbank.com)
Daniel M. Perry (DP 6966)
(dperry@milbank.com)
Jed M. Schwartz (JS 6184)
(jschwartz@milbank.com)

1 Chase Manhattan Plaza
New York, New York 10005-1413
Phone: (212) 530-5000
Fax: (212) 530-5219

*Attorneys for Plaintiff Citigroup Global Markets Inc.*

RICH, INTELISANO & KATZ, LLP

By: _____
John G. Rich (JR 1137)
(john@riklawfirm.com)
Ross B. Intelisano (RI 6584)
(ross@riklawfirm.com)
Daniel E. Katz (DK 7222)
(daniel@riklawfirm.com)

915 Broadway, Suite 900
New York, New York 10010
Phone: (212) 684-0300
Fax: (212) 417-9380

*Attorneys for Defendants*

SO ORDERED.

_____
Louis L. Stanton
U.S.D.J.
8/10/12